VENABLE LLP
Dan Chammas (SBN 204825)
dchammas@venable.com
Noah B. Steinsapir (SBN 252715)
nsteinsapir@venable.com
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 226-9901

JS-6

Attorneys for Defendant
LOJACK CORPORATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RUTTI,<br><br>    Plaintiff,<br><br>  v.<br><br>LOJACK CORPORATION, a Corporation; MARIO SALAZAR, an Individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.  CV09-1383 VBF (CWx)<br><br>**ORDER FOR STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 9<br>Judge:    Hon. Valerie Baker Fairbank |

After considering and reviewing the Stipulation for Dismissal With Prejudice, under Rule 41(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this action is dismissed with prejudice and each party is to bear its own costs and attorneys' fees.

DATED: March 26, 2010

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
United States District Court Judge

LA:#268975/116667-281072